IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| ZINNA PLUMBING, INC., § | |
| § | |
| Debtor. § | |
| § | |
| JAMES W. CUNNINGHAM, § | Civil Action No. **3:07-CV-1958-L** |
| TRUSTEE, § | (Case No. 05-87117-BJH-7) |
| § | (Adversary No. 07-3268) |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| ASHTON DALLAS RESIDENTIAL, § | |
| L.L.C., § | |
| § | |
| Defendant. § | |

## ORDER

Before the court is Ashton Dallas Residential, LLC's Motion for Withdrawal of Reference, filed November 21, 2007. On December 11, 2007, the Report and Recommendation to District Court ("Report") was filed. Chief United States Bankruptcy Judge Barbara Houser recommends that the district court withdraw the reference of the adversary proceeding upon certification from the bankruptcy court that the parties are ready for trial. Having reviewed the motion, the Report, and the applicable law, the court agrees with the bankruptcy judge's recommendation. Accordingly, the court **grants** Ashton Dallas Residential, LLC's Motion for Withdrawal of Reference, and the reference of the adversary proceeding to the bankruptcy court shall be withdrawn upon certification from the bankruptcy court that the parties are ready for trial.

**It is so ordered** this 9th day of January, 2008.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge